# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DAVID A. SIMPSON  
415 CRYSTAL LAKE ROAD  
LAKE IN THE HILLS, IL  60156  

SSN-xxx-xx-9168

Case Number: 07-70125

Case filed on: 1/19/2007  
Plan Confirmed on: 6/8/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $12,944.00       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY JAMES A YOUNG | 2,500.00 | 2,500.00 | 1,500.00 | 0.00 |
|  | Total Legal | 2,500.00 | 2,500.00 | 1,500.00 | 0.00 |
| 999 | DAVID A. SIMPSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | HOMECOMINGS FINANCIAL | 43,510.98 | 43,510.98 | 10,547.17 | 0.00 |
|  | Total Secured | 43,510.98 | 43,510.98 | 10,547.17 | 0.00 |
| 002 | HSBC TAXPAYER FINANCIAL SERVICES | 259.63 | 259.63 | 0.00 | 0.00 |
| 003 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ASSET ACCEPTANCE CORP | 1,064.91 | 1,064.91 | 0.00 | 0.00 |
| 005 | PORTFOLIO RECOVERY ASSOCIATES | 727.17 | 727.17 | 0.00 | 0.00 |
|  | Total Unsecured | 2,051.71 | 2,051.71 | 0.00 | 0.00 |
|  | Grand Total: | 48,062.69 | 48,062.69 | 12,047.17 | 0.00 |

Total Paid Claimant: $12,047.17  
Trustee Allowance: $896.83  
Percent Paid Unsecured: 0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/29/2008             By  /s/Heather M. Fagan